# United States Court of Appeals
## For the First Circuit

_____

Nos. 21-8033
     22-8001

KRESS STORES OF PUERTO RICO, INC.; ANTONIO BAYON, d/b/a Junelba Shop; ELBA CASIANO, d/b/a Tienda Junelba; J.M.J. APPLIANCES CORPORATION; VALIJA GITANA, INC.; HUMBERTO VIDAL, INC.; ALMACENES KRESS DE CAYEY, INC.,

Plaintiffs - Petitioners,

J. PICA Y CIA, INC., d/b/a Capri,

Plaintiff,

v.

WAL-MART PUERTO RICO, INC.; COSTCO WHOLESALE CORPORATION; WALGREEN OF PUERTO RICO, INC.,

Defendants - Respondents,

PUERTO RICO CVS PHARMACY, LLC,

Defendant.

_____

Nos. 21-1954
     22-1058

KRESS STORES OF PUERTO RICO, INC.; ANTONIO BAYON, d/b/a Junelba Shop; ELBA CASIANO, d/b/a Tienda Junelba; J.M.J. APPLIANCES CORPORATION; VALIJA GITANA, INC.; HUMBERTO VIDAL, INC.; ALMACENES KRESS DE CAYEY, INC.,

Plaintiffs - Appellants,

J. PICA Y CIA, INC., d/b/a Capri,

Plaintiff,

v.

WAL-MART PUERTO RICO, INC.; COSTCO WHOLESALE CORPORATION;

WALGREEN OF PUERTO RICO, INC.,

Defendants - Appellees,

PUERTO RICO CVS PHARMACY, LLC,

Defendant.

———————————

Before

Barron, <u>Chief Judge</u>,
Howard and Thompson, <u>Circuit Judges</u>.

———————————

**JUDGMENT**

Entered:  April 27, 2022

      Plaintiff-Petitioners, pursuant to Fed. R. Civ. P. 23(f), seek leave from this court to appeal the district court's denial of class certification in the underlying action (21-8033). Plaintiff-Petitioners also seek leave, pursuant to 28 U.S.C. § 1453(c), to appeal the district court's denial of a renewed motion to remand filed after the district court had denied class certification (22-8001). The court has considered all papers on file, and, to the extent leave to file is needed as to any of those papers, leave is <u>granted</u>.

      Having reviewed the parties' papers and relevant portions of the record, we conclude that the requirements for interlocutory review of the denial of class certification and/or of the denial of remand have not been met here. <u>See</u> <u>Waste Mgmt. Holdings, Inc.</u> v. <u>Mowbray</u>, 208 F.3d 288, 293-94 (1st Cir. 2000) (setting out factors to be considered when deciding whether to allow review pursuant to Rule 23(f)); <u>see also</u> <u>College Of Dental Surgeons Of Puerto Rico</u> v. <u>Connecticut General Life Insurance Co.</u>, 585 F.3d 33, 38-39 (1st Cir. 2009) (setting out factors to be considered when deciding whether to allow review pursuant to § 1453(c)). Accordingly, the petitions for permission to appeal are <u>denied</u>.

      In addition to filing the petitions for permission to appeal, plaintiff-petitioners also filed two notices of appeal, one designating the denial of the motion to certify (21-1954) and one designating the denial of the renewed motion to remand (22-1058). It was unnecessary for plaintiff-petitioners to file separate notices of appeal. <u>See</u> Fed. R. App. P. 5(d)(2) ("A notice of appeal need not be filed. The date when the order granting permission to appeal is entered serves as the date of the notice of appeal for calculating time under these rules."). In any event, in light of the denial of the two petitions for permission to appeal, Appeal Nos. 21-1954 and 22-1058 are <u>dismissed</u>.

      By the Court:

      Maria R. Hamilton, Clerk

cc:
Luis Noel Saldana-Roman
Fernando Sabater-Clavell
Angel E. Rotger-Sabat
Gretchen Alvarado-Gonzalez
Kenneth C. Suria-Rivera
Alberto G. Estrella
Yolanda Benitez de Alegria
Paul Berks
Gerardo Jose Cruz-Ortiz
David B. Carpenter
Salvador J. Antonetti-Stutts
Carlos A. Valldejuly-Sastre
Alejandro Jose Garcia Carballo
Luis Cotto-Roman
Arlyn Gonzalez-Diaz
Bayoan Muniz-Calderon