# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**Kress Stores of Puerto Rico, Inc.**

Plaintiff

  V.

Wal-Mart Puerto Rico, Inc. et al
Defendants

CIVIL NO. 20-1464 (WGY)

## PARTIAL JUDGMENT

In light of the Court's Order in ECF No. 353, Partial Judgment is entered dismissing defendant Walgreen of Puerto Rico, Inc. WITH PREJUDICE.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, on this 10th day of November of 2022.

s/William G. Young
United States District Judge