# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Kress Stores of Puerto Rico, Inc. et al** | CIVIL NO. 20-1464 (WGY) |
| Plaintiffs | |
| V. | |
| **Wal-Mart Puerto Rico, Inc. et al** | |
| <u>Defendants</u> | |

## JUDGMENT

Pursuant to Court's Order on ECF No. 356, Judgment is hereby entered for the Defendants. This case in now dismissed.

The case is **HEREBY DISMISSED.  IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 14th day of November of 2022.

<u>s/William G. Young</u>
United States District Judge